UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELENA AVEDIKIAN,<br><br>  Plaintiff,<br><br>v.<br><br>ORCUTT UNION SCHOOL DISTRICT,<br><br>  Defendant. | Case No. 2:24-cv-01969-SB-AJR<br><br>ORDER TO SHOW CAUSE |

  On May 10, 2024, Defendant Orcutt Union School District filed a motion to dismiss the first, second, third, and fourth causes of action in Plaintiff's first amended complaint on the grounds that they are barred by sovereign immunity. Dkt. No. 16. The local rules require that the parties meet and confer before filing a motion to discuss the substance of the motion and any potential resolution. L.R. 7-3. Moreover, the Court's standing order requires that the meeting take place in person or by videoconference, includes a more detailed certification the moving party is required to include, and warns the parties that failure to comply with this requirement may result in sanctions, including deeming the motion unopposed, and/or awarding monetary sanctions. Dkt. No. 9 ¶ 6(a) (civil standing order).

  That conference did not occur here. According to Defendant's declaration, Defense counsel contacted Plaintiff on April 22 to schedule the conference and describing the authority for her position. Plaintiff asked for additional time to respond, which Defendant granted. Defendant again contacted Plaintiff on May 6. Plaintiff did not respond. Defendant filed this motion on May 10, its deadline to respond to the first amended complaint.

  Plaintiff's failure to respond to Defendant's efforts to meet and confer or to Defendant's authority pertaining to its sovereign-immunity argument is a violation of the local rules and this Court's standing order. Plaintiff is ordered to show

cause (OSC), in writing, by no later than 9:00 a.m. on May 22, why she should not be sanctioned—including but not limited to granting the motion as unopposed as well as monetary sanctions—for failing to comply with local rules or this Court's standing order. The Court sets the OSC for hearing at 8:30 a.m. on May 31, 2024, in Courtroom 6C.

Date: May 14, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge